No. 02-7188. THOMAS v. WATKINS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02-7190. MOORE v. BRESLIN, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02-7193. HINKLE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-7194. ELDRIDGE v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02-7195. COURTEMANCHE v. MESTER, JUDGE, CIRCUIT COURT OF MICHIGAN, SIXTH CIRCUIT. Ct. App. Mich. Certiorari denied.

No. 02-7196. DAVIDSON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 02-7197. CARTER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02-7201. SEPULVEDA v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-7206. GASCA v. GASCA. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 02-7207. GASCA v. GASCA. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 02-7209. BROWN v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02-7210. PARR v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-7211. OUTLAW v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02-7213. MORRISON v. FIRST NATIONAL BANK (ZANESVILLE). Ct. App. Ohio, Franklin County. Certiorari denied.